Cristina Mirela Dumitrascu
c/o Fiorentino Law Office
769 Center Blvd #69
Fairfax, CA 94930
Date: 10/02/2015

**Clerk of the U.S District Court**
**Northern District of Oklahoma**

15-CV-561-JED-FHM

RE:   **Notice of Removal:** Additional material
      **Previous case: Delaware County FD-2012-00263**
      **In RE Marriage of Ionel Samuel Dumitrascu**

On 9/29/2015 I mailed in to your office a Notice of Removal together with file documents.

Enclosed is a notice of denial of my Petition for Rehearing to the Oklahoma Court of Civil Appeals.

The Delaware County District Court's judge sent me a notice of a scheduling conference set for 11/06/2015 at 9:00 AM.

I enclose the completed Status Report On Removed Actions

........................................
**Cristina Mirela Dumitrascu, in Pro Se**
Email: cristina13mama@yahoo.com
Fiorentino Law Office Email: antoniodistefano9@gmail.com

ENC:   Appellate Court denial o Petition for Rehearing
       Status Report On Removed Action

                                                Cristina Mirela Dumitrascu
                                                c/o Fiorentino Law Office
                                                    769 Center Blvd #69
                                                       Fairfax, CA 94930
                                                         Date: 10/02/2015

**Bobby C. Ramsey, Attorney**
**Davis & Thompson**
**P. O. Box 487**
**Jay, OK 74346**

RE:       Notice of Removal
           Previous case: Delaware County FD-2012-00263
           In RE Marriage of Ionel Samuel Dumitrascu

Please be advised that I have removed the case to the United States District Court of Northern Oklahoma.

_____
**Cristina Mirela Dumitrascu, in Pro Se**
Email: cristina13mama@yahoo.com
Fiorentino Law Office Email: antoniodistefano9@gmail.com

Cristina Mirela Dumitrascu
c/o Fiorentino Law Office
769 Center Blvd #69
Fairfax, CA 94930
Date: 10/02/2015

Ms. Caroline Weaver
Clerk of the Court
Delaware County Courthouse
Whitehead & Krause Street
P.O. Box 407
Jay, OK 74346-0407

RE:     In Re Marriage of Ionel S. Dumitrascu
        Case    : FD-2012-263
        Subject: NOTICE OF REMOVAL

Attached for filing is a Notice of Removal to the United States District Court of Northern Oklahoma.

_____
Cristina Mirela Dumitrascu, Respondent Pro Se
Email: cristina13mama@yahoo.com

ENC.: Notice of Removal

IN THE COURT OF CIVIL APPEALS OF THE STATE OF OKLAHOMA

DIVISION IV

THE CLERK IS DIRECTED TO NOTIFY ALL PARTIES OF THE FOLLOWING ORDER:

112,283   IN RE THE MARRIAGE OF: IONEL SAMUEL DUMITRASCU, Petitioner/Appellee, v. CHRISTINA MIRELA DUMITRASCU, Respondent/Appellant.

Appellant's Petition for Rehearing is hereby denied.

SO ORDERED this 29th day of September, 2015.  ALL JUDGES CONCUR.

_____
KEITH RAPP
Presiding Judge, Division IV

COURT OF CIVIL APPEALS
STATE OF OKLAHOMA
OCT - 1 2015
MICHAEL S. RICHIE
CLERK

Rec'd (date) 10-1-15
Posted
Mailed
Distrib
Publish ☒ yes ___ no

FROM:
KRISTINE M. DUMITRASCU
C/O FIORENTINO LAW OFFICE
769 CENTER BLVD # 69
FAIRFAX, CA ~~94930~~ 94930

SAN FRANCISCO CA 940
02 OCT 2015 PM 3 L

Postmark
10/2/15
DC

15-CV-561-JED-FHM

RECEIVED
OCT 5 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

CLERK OF THE COURTS
U.S. DISTRICT COURT
333 WEST 4th STREET
ROOM 411
TULSA, OK 74103

74103-388199