

**FILED**

NOV 1 6 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Cristina Mirela Dumitrascu
c/o Fiorentino Law Office
769 Center Blvd #69
Fairfax, CA 94930
Date: 11/08/2015

JUDGE FRANK H. McCARTHY,
United States Magistrate
U.S. District Court
333 West Fourth St., Room 411
Tulsa, OK 74103

RE:  CASE #: 4:15-cv-00561-JED-FHM
     Dumitrascu vs. Dumitrascu

I ask the court for authorization to register as a CM/ECF user solely for the purpose of this action, and until it can be arranged for an attorney to appear on my behalf.

Respectfully:

…..................................................
Cristina Mirela Dumitrascu, in Pro Se
Email: cristina13mama@yahoo.com
Law Office Email: antoniodistefano9@gmail.com

___Mail   ___No Cert Svc   ___No Orig Sign
___C/J    ___C/MJ          ___C/Ret'd    ___No Env
___No Cpy's  ___No Env/Cpy's   ___O/J    ___O/MJ

Cristina Mirella Dumitrascu
c/o Fiorentino Law Office
769 Center Blvd. #69
Fairfax, CA 94930

**RECEIVED**
NOV 16 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

SAN FRANCISCO CA 940
10 NOV 2015 PM 2 L

15-CV-561-JED-FHM

Judge Frank H. McCarthy
U.S. District Court
333 West Fourth St., Room 411
Tulsa, OK 74103

7410038819

postmark
11/10/15
8C