## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IONEL SAMUEL DUMITRASCU, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 15-CV-561-JED-FHM |
| | ) |
| CRISTINA MIRELA DUMITRASCU, | ) |
| | ) |
| Respondent. | ) |

### ORDER

The Court has for its consideration respondent's Motion for Leave to Proceed *In Forma Pauperis* and Supporting Affidavit (Doc. 2, the "Motion"). In reliance upon the representations and information set forth in respondent's Motion, the Court finds the Motion should be and hereby is **granted**.

**IT IS THEREFORE ORDERED** that respondent is permitted to file and maintain this action to conclusion without prepayment of fees or costs.

**SO ORDERED** this 23rd day of November, 2015.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE