

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

In Re The Marriage Of:

Ionel Samuel Dumitrascu,
Petitioner/Appellee,

vs.

Christina Mirela Dumitrascu,
Respondent/Appellant.

)
) Supreme Court Case Number: 112283
)
) Lower Court Case Number: FD-2012-263
)
) Lower Court: Delaware County District Court
)

## MANDATE

On the 4th day of November , 2015 , the Honorable Chief Justice John F. Reif of the Oklahoma Supreme Court ordered the Clerk of the Supreme Court to issue mandate, pursuant to the rules of the Oklahoma Supreme Court, in the above-styled appeal from the Delaware County District Court.

On appeal, the following judgment was entered on August 27th, 2015:

## AFFIRMED IN PART; VACATED IN PART

Costs of $0.00 are taxed and allowed pursuant to Section 978 of Title 12 of the Oklahoma Statutes and the rules of the Oklahoma Supreme Court.

Therefore, the Delaware County District Court is directed to enter of record the above judgment and to issue process or take further action as required by the order or opinion issued in this appeal.

MICHAEL S. RICHIE
Clerk of the Appellate Courts

By LaDonna Johnson, Deputy