

Cristina Mirela Dumitrascu
c/o Fiorentino Law Office
PO Box 530
Belvedere-Tiburon,
CA 94920-2366
Date: 12/29/16

**JUDGE FRANK H. McCARTHY,**
United States Magistrate
U.S. Distric Court
333 West Fourth St., Room 411
Tulsa, OK 74103

RECEIVED
JAN 03 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

RE:   CASE #: 4:15-cv-00561-JED-FHM
      Dumitrascu vs. Dumitrascu

I made a final attempt to secure child support assistance from OKDHS to no avail. Every court or agency I contacted in Oklahoma has found some legal rationale why my children and I must live in poverty and deprivation in a foreign country. Our only hope remains with the federal court. I am assured by attorney Di Stefano that a full complaint for damages will be filed in your court within the month of January 2017.

Respectfully:

................................................
Cristina Mirela Dumitrascu, in Pro Se
Email: cristina13mama@yahoo.com
Law Office Email: antoniodistefano9@gmail.com

✓ Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/M/J    ___C/Ret'd    ___No Env
___No Cpys ___No Env/Cpys ___O/J   ___O/MJ

Cristina Mirela Dumitrascu
c/o Fiorentino Law Office
PO Box 530
Belvedere-Tiburon
CA 94920-2366

RECEIVED
JAN 03 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

15-cv-561-JED-FHM

Post Marked
12/29/16

Court Clerk
United States District Court
333 West Fourth Str. Room 411
Tulsa, OK 74103

74103-388199